WENDY LITWACK, Appellant, v PLAZA REALTY INVESTORS, INC., et al., Respondents.

Submitted February 4, 2008; decided February 14, 2008

Motion by the New York State Trial Lawyers' Association for leave to file a letter brief amicus curiae on the appeal herein granted and the letter brief is accepted as filed.

PENN HEIGHTS BEACH CLUB, INC., Appellant, v NANCY MYERS et al., Respondents.

Submitted December 17, 2007; decided February 14, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant-Respondent, v JEAN YVES JEAN-BAPTISTE, Respondent-Appellant.

Submitted February 11, 2008; decided February 14, 2008

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent-appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN MALAUSSENA, Appellant.

Submitted February 11, 2008; decided February 14, 2008

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.